1
2
3
4
5
6
7
8
9
10
11



# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

12
13
14
15
16
17

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DIANA ELIZABETH GAMBOA, ,<br><br>Defendant. | Case No.  15-342M<br><br>ORDER OF DETENTION |

18
19
20
21
22
23
24
25
26
27
28

## I.

The Court conducted a detention hearing:

☐      On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving Choose an item.

☒      On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is NOT entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure

1   the defendant's appearance as required and the safety or any person or the

2   community [18 U.S.C. § 3142(e)(2)].

## II.

4   The Court finds that no condition or combination of conditions will

5   reasonably assure: ☒ the appearance of the defendant as required.

6   ☒ the safety of any person or the community.

## III.

8   The Court has considered: (a) the nature and circumstances of the offense(s)

9   charged, including whether the offense is a crime of violence, a Federal crime of

10   terrorism, or involves a minor victim or a controlled substance, firearm, explosive,

11   or destructive device; (b) the weight of evidence against the defendant; (c) the

12   history and characteristics of the defendant; and (d) the nature and seriousness of

13   the danger to any person or the community.  [18 U.S.C. § 3142(g)]  The Court also

14   considered all the evidence adduced at the hearing and the arguments, the

15   arguments of counsel, and the report and recommendation of the U.S. Pretrial

16   Services Agency.

## IV.

18   The Court bases its conclusions on the following:

19   As to risk of non-appearance:

20   ☒   Lack of bail resources

21   ☐   Refusal to interview with Pretrial Services

22   ☒   No stable residence or employment

23   ☒   Previous failure to appear or violations of probation, parole, or

24      release

25   ☒   Ties to foreign countries – Defendant is a citizen of Mexico and

26      has family ties to Mexico

27   ☐   Unrebutted presumption [18 U.S.C. § 3142(e)(2)]

28   ☒   undocumented immigration status.

As to danger to the community:

☒ Nature of previous criminal convictions, which include possession for sale of a controlled substance and a prior supervision violation arrest

☒ Allegations in present charging document

☐ Substance abuse

☐ Already in custody on state or federal offense

☒ currently facing state charges for possession for sale of a controlled substance

## V.

☐ The Court finds a serious risk that the defendant will

☐ obstruct or attempt to obstruct justice.

☐ threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

The Court bases its conclusions on the following:

Defendant is an undocumented alien.  Defendant was previously deported/removed to Mexico by immigration authorities in 2013 following her conviction, in 2011, for possession for sale of a controlled substance, possession for sale of a controlled substance while armed, and child cruelty, for which she was sentenced to 2-6 years imprisonment.

The Court is not convinced that the defendant will abide by its order to appear for future court appearances if released on bail given her criminal history and the fact that in addition to the prospective penalty that defendant faces, if convicted of the charged offense, she will likely be deported after serving the

sentence imposed, and the Court finds that, in conjunction with the other factors noted above, this will provide an incentive to flee the jurisdiction.

### VI.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: March 5, 2015

_____

HON. ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE